MAY 28, 1962.*

No. ——. HOMESTEAD HOSPITAL *v.* BOBCIK. The motion of the appellee to dismiss under Rule 14 (2) is granted and the appeal is dismissed. *Edwin O. Simon* for appellee.

No. 823. PAN AMERICAN PETROLEUM CORP. *v.* KANSAS-NEBRASKA NATURAL GAS CO., INC. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. The motion of Western Natural Gas Company for leave to file a brief, as *amicus curiae,* is granted. *George D. Horning, Jr.* for movant.

No. 659. NORTHERN NATURAL GAS CO. *v.* STATE CORPORATION COMMISSION OF KANSAS. Appeal from the Supreme Court of Kansas. Probable jurisdiction noted. MR. JUSTICE WHITE took no part in the consideration or decision of this case. *Lawrence I. Shaw, F. Vinson Roach, Patrick J. McCarthy, Mark H. Adams* and *Joe Rolston* for appellant. *Jerome Ackerman* for appellee. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander, Sherman L. Cohn, Ralph S. Spritzer, Howard E. Wahrenbrock* and *Arthur H. Fribourg* for the Federal Power Commission, as *amicus curiae.*

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.